# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

GARY LEON WEBSTER　　　　　　　　　　　　　　　　PLAINTIFF
ADC #114018

v.　　　　　　　　　　No. 3:19-cv-374-DPM

TERRY GOODWIN JONES, Public
Defender, Craighead County　　　　　　　　　　　DEFENDANT

## ORDER

**1.** Webster hasn't paid the filing and administrative fees in this case. And a motion to proceed *in forma pauperis* would be futile because Webster is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, No. 3:19-cv-59-DPM; *Webster v. Pigg*, No. 3:19-cv-60-DPM; *Webster v. Day Inn Motels, Inc.*, No. 3:19-cv-78-DPM. And nothing in the new complaint and amendment, № 1 & № 2, suggests Webster is currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

**2.** Webster's complaint will be dismissed without prejudice. If Webster wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 6 February 2020. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*6 January 2020*