# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

GARY LEON WEBSTER                                    PLAINTIFF
ADC #114018

v.                         No. 3:19-cv-374-DPM

TERRY GOODWIN JONES, Public
Defender, Craighead County                           DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2020